**Dismissed and Memorandum Opinion filed September 25, 2025**



**In The**

# Fifteenth Court of Appeals

---

### NO. 15-25-00077-CV

---

### RUZEL LOVE, JR., Appellant

### V.

### FELICIA MOSS AND UNIVERSITY OF TEXAS MEDICAL BRANCH, Appellees

---

**On Appeal from the 278th District Court
Walker County, Texas
Trial Court Cause No. 2230739**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 11, 2025. The clerk's record was filed May 12, 2025. No reporter's record was filed. No brief was filed.

On August 21, 2025, the Clerk of Court issued a notice stating that unless appellant filed a brief on or before September 2, 2025, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief or other response.

We **DISMISS** the appeal for want of prosecution.


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.